# United States Court of Appeals
## For the First Circuit

No. 18-1129

UNITED STATES,

Appellee,

v.

ISHMAEL DOUGLAS

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on October 12, 2018, is amended as follows:

On page 16, footnote 14, line 4: replace " ... " with " . . . ".

On page 23, footnote 16, line 3: replace "code" with "Code".

On page 28, line 24: replace "inquires" with "inquiries" and "that" with "than".